**FILED**

12/02/2024

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: DA 24-0571

IN THE SUPREME COURT OF THE STATE OF MONTANA

No. DA 24-0571

STATE OF MONTANA

Plaintiff and Appellee,

v.

SEAN JOSEPH LEWIS II,

Defendant and Appellant.

## GRANT

Pursuant to authority granted under Mont. R. App. P. 26(1), the Appellant is given an extension of time until January 9, 2025, to prepare, file, and serve the Appellant's opening brief.

Electronically signed by:
Bowen Greenwood
Clerk of the Supreme Court
December 2 2024